**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **Donald D.Norman,** | ) | **CASE NO. 1:08 CV 2531** |
| | ) | |
| **Plaintiff,** | ) | **JUDGE PATRICIA A. GAUGHAN** |
| | ) | |
| **vs.** | ) | |
| | ) | |
| **Michael J. Astrue,** | ) | <u>**Order**</u> |
| **Commissioner of Social Security,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter is before the Court upon the Report and Recommendation of Magistrate Judge Greg White recommending that attorneys' fees in the amount of $4,996.99 be awarded to plaintiff's counsel pursuant to the Equal Access to Justice Act. Defendant has indicated that no objections will be filed. Accordingly, having reviewed the R&R and finding no clear error, the Court hereby ACCEPTS the Magistrate Judge's recommendation and awards attorneys' fees in the amount of $4,996.99, payable to plaintiff's attorney, John Oreh.

IT IS SO ORDERED.

                                                     <u>s/sPatricia A. Gaughan</u>
                                                     PATRICIA A. GAUGHAN
Date:   <u>1/24/11</u>           United States District Judge